

STATE OF NEW YORK

OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

May 6, 2008

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

By Hand Delivery to:
The Honorable Shira A. Scheindlin
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  Percinthe v. Julien *et al.*, 08-CV-0893 (SHS)(DFE)

Your Honor:

  I am an Assistant Attorney General in the Office of Andrew M. Cuomo, Attorney General of the State of New York. Defendants Julien and Grant, have been served and have requested representation by the Office of the Attorney General. My Office is currently in the process of determining whether that representation is appropriate. I write respectfully to request an extension of time for these defendants to answer or otherwise respond to the complaint in the above-referenced matter until July 8, 2008.

  The extension is needed in order to afford plaintiff the opportunity to complete service as to defendants Almodoval and Rhoeme, who, to date, have not been served with the complaint. The docket sheet indicates that service was unsuccessfully attempted on defendant Almodoval, and defendants will attempt to ascertain why service was unsuccessful. A response to the complaint on behalf of the served defendants, Julien and Grant, would be due on May 8 and May 12, 2008, respectively. Once all defendants are served and have requested representation, the extension of time will allow my Office to determine whether representation is appropriate, and then to give the defendants time to review the complaint and any relevant documents in order for my Office to prepare a thorough response on their behalf. I have not sought the consent of plaintiff pro se, who is incarcerated because I wanted to make this request on behalf of defendants Julien and Grant forthwith. No previous request for an extension of time has been made in this matter. By making this request, I am not waiving any rights that the two defendants not yet served may have, including the right to raise the defense of lack of personal jurisdiction.

I thank the Court for its consideration in this matter.

Respectfully submitted,

*Susan N. Odessky*

Susan H. Odessky (SO-6083)
Assistant Attorney General

cc: Smith Percinthe, pro se plaintiff 03-A-3595
   Oneida Correctional Facility
   P.O. Box 4580
   6100 School Rd.
   Rome, NY 13442

Defendants' request is granted. Time for all defendants to respond to the Complaint is hereby extended to July 8, 2008.

SO ORDERED:

Dated: New York, New York
May 7, 2008

Shira A. Scheindlin
U.S.D.J.