USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

Division of State Counsel
Litigation Bureau

(212) 416-6185

RECEIVED
CHAMBERS OF
July 1, 2008
JUL 0 1 2008
JUDGE SCHEINDLIN

Via Facsimile (212) 805-7920
The Honorable Shira A. Scheindlin
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Percinthe v. Julien et al., 08-CV-0893 (SAS)(DFE)

Dear Judge Scheindlin:

I am an Assistant Attorney General in the Office of Andrew M. Cuomo, Attorney General of the State of New York. Defendants Julien, Rhoeme and Grant[1] have received copies of the pleadings[2] and have requested representation by the Office of the Attorney General.

Previously, my Office requested an extension of time for defendants to respond to the complaint until July 8, 2008. At the time, I had been assigned to the case, but was out of the office recovering from a severe knee injury. Responding by July 8, 2008 will be difficult because it has come to my attention that my Office has not yet received the applicable institutional documents in this case that I need to review before answering or otherwise responding. Accordingly, I am respectfully requesting a short extension to July 16 for the above served defendants to respond with the understanding that the Court has already generously extended their time to respond on a prior occasion. The requested deadline revision should not impact any other deadlines in this case.

In addition, I write with respect to the upcoming July 22 Rule 16 conference scheduled in this matter. I am scheduled to be out of town that week and the next and respectfully request that the conference be rescheduled to a date in August.

*Request granted. Defendants' time to respond to the Complaint is extended to July 16, 2008. No further adjournment for any reason.*

*So Ordered: [signature] USDJ 7/2/08*

---

[1] Named defendant Heather Almodeval does not appear to have been served and has not requested representation. My office has investigated her employment status and it appears that she was a nurse at Fishkill Correctional Facility who left in 2003. Given that plaintiff's Complaint indicates the incident in question occurred in 2007, it appears likely that plaintiff has incorrectly named her as a defendant.

[2] The Complaint received by the above defendants appears to omit every other page.

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 • Not For Service of Papers
http://www.oag.state.ny.us

    I have not sought the consent of incarcerated plaintiff pro se because I wanted to make this request on behalf of defendants Julien, Rhoeme and Grant forthwith. By making this request, I am not waiving any rights that the two defendants not yet served may have, including the right to raise the defense of lack of personal jurisdiction.

    We thank the Court for its consideration in this matter.

Respectfully submitted,

Jeb Harben<br>
Assistant Attorney General

cc: Smith Percinthe, pro se plaintiff
    03 A 3595
    Oneida Correctional Facility
    P.O. Box 4580
    6100 School Rd.
    Rome, NY 13442