UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Smith Percinthe                :

           Plaintiff,      :

- against -                    :

Julien, Rheome, Grant          :

           Defendant(s).   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**SCHEDULING ORDER**

08 Civ. 0893 (SAS)
Conference Date: 7/22/08 at 4:30 p.m.

[FILED 7/23/08 stamp]

    WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on July 22, 2008 (the "Order); and

    WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

    NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

(1)    the date of the conference and the appearances for the parties;

    July 22, 2008 — New York Attorney General for defendants

(2)    a concise statement of the issues as they then appear;

    Alleged use of excess force and failure to intervene

(3)    a schedule including:

    (a) the names of persons to be deposed and a schedule of planned depositions;

    Smith Percinthe
    Others to be decided.

    (b) a schedule for the production of documents;

    By September 22, 2008

    (c) dates by which (i) each expert's reports will be supplied to the adverse side and (ii) each expert's deposition will be completed; (i) October 12 and (ii) October 22, 2008

    (d) time when discovery is to be completed; October 22, 2008

(e) the date by which plaintiff will supply its pre-trial order matters to defendant;

*November 22, 2008*

(f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

*December 20, 2008*

(g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

*Nov. 5 at 4:30* _____ (leave blank)

(4) a statement of any limitations to be placed on discovery, including any protective or confidentiality orders; *To be decided*

(5) a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

(6) anticipated fields of expert testimony, if any; *To be decided*

(7) anticipated length of trial and whether to court or (jury); *2-3 days*

(8) a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference of when justice so requires;

(9) names, addresses, phone numbers and signatures of counsel;
*Jeb Harben
New York Attorney General
120 Broadway
NY, NY 10271   (212) 416-6185*

SO ORDERED:

_____
SHIRA A. SCHEINDLIN
U.S.D.J.

*7/22/08*