

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

Division of State Counsel
Litigation Bureau

(212) 416-6185

Via Facsimile (212) 805-7920
The Honorable Shira A. Scheindlin
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

July 31, 2008

RECEIVED
CHAMBERS OF

JUL - 2008

JUDGE SCHEINDLIN

Re: Percinthe v. Julien et al., 08-CV-0893 (SAS)(DFE)

Dear Judge Scheindlin:

I am an Assistant Attorney General in the Office of Andrew M. Cuomo, Attorney General of the State of New York. Defendants Julien has answered and defendants Rhoeme and Grant have moved to dismiss.

On July 22, 2008, in my absence while I was on vacation, my colleague Neil Shevlin covered for me at a preliminary conference scheduled by Your Honor. At the time, when asked, Mr. Shevlin was unsure if I had yet made the disclosures required in S.D.N.Y. *pro se* inmate cases. Your Honor ordered that they be provided by July 31, 2008. Unfortunately, I have just come back from vacation and as of today am not sure I have all the materials and information required for such disclosures. Moreover, such disclosures are not normally due under the S.D.N.Y. Local Rules until 120 days after service of the complaint (which in this case would be August 18, 2008), which is why they had not been made by July 22 and why I did not think to tell Mr. Shevlin about them. It is respectfully requested that Your Honor revise the deadline to serve such disclosures to August 18, the date they would normally be due under the Local Rules.

We thank the Court for its consideration in this matter.

Respectfully submitted,

Jeb Harben
Assistant Attorney General

cc: Smith Percinthe, pro se plaintiff (Priority Mail)
03 A 3595
Oneida Correctional Facility
P.O. Box 4580
6100 School Rd.
Rome, NY 13442

The defendants' request is hereby granted. The disclosures previously required by July 31, 2008, shall be served no later than August 18, 2008.
SO ORDERED:

Shira A. Scheindlin, USDJ

Dated: 7/31/08

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 • Not For Service of Papers
http://www.oag.state.ny.us

TOTAL P.02