**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------X
                                            :
**SMITH PERCINTHE,**                        :
                                            :
                          **Plaintiff,**    :            **Order**
                                            :
         **- against -**                    :    **08 Civ. 0893 (SAS)**
                                            :
                                            :
**PAUL JULIEN,**                            :
                                            :
                          **Defendant.**    :
                                            :
-------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/10

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

On January 25, 2009, a jury returned a verdict in favor of defendant

Paul Julien in this case.  Approximately a week later, plaintiff Smith Percinthe

submitted a hand-written letter requesting a new trial "because of the disagreement

with jury over the evidence that weighs in the light of my favor to the physical

force claim."  Although the exact meaning of this contention is unclear, construed

liberally, Percinthe is requesting a new trial pursuant to Federal Rule of Civil

Procedure 59 on the ground that the verdict was "against the weight of the

evidence."[1]  This request is without merit and hence denied.  In addition, because

Percinthe is represented by counsel he has no right to file *pro se* motions and

----

[1]     *Lightfoot v. Union Carbide Corp.*, 110 F.3d 898, 910 (2d Cir. 1997).

should refrain from doing so in the future.[2]

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:      New York, New York
            February 3, 2010

---

[2]      *See Lidner v. American Exp. Corp.*, No. 06 Civ. 3834, 1010 WL
157500, *1 (S.D.N.Y. January 11, 2010) ("There is no right to 'hybrid
representation' in which the plaintiff represents himself for some issues and has
counsel for other issues." (quoting *O'Reilly v. New York Times Co.*, 692 F.2d 863,
868 (2d Cir. 1982)).

## - Appearances -

**For Smith Percinthe:**

Gideon O. Oliver, Esq.
Oliver & Oliver
200 E. 10th St., #917
New York, NY 10003
Tel: (646) 602-9242

Lewis B. Oliver, Jr., Esq.
Law Office of Lewis B. Oliver
156 Madison Avenue
Albany, NY 12202
Tel: (518) 463-7962

**For Paul Julien:**

Jeb Harben
Thomas M. Biesty
Assistant Attorneys General for New York State
120 Broadway
New York, NY 10271
Tel: (212) 416-6185